# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DARIO PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:13-cv-01912-LJO-SKO PC<br><br>ORDER DISMISSING ACTION<br><br>(Doc. 2) |

On November 25, 2013, the Court issued an order striking Plaintiff's unsigned complaint and requiring Plaintiff to file a signed complaint and either pay the $400.00 filing fee or file an application to proceed in forma pauperis, within thirty days.  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of a signed complaint and either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a).  Based on Plaintiff's failure to comply with the Court's order, dismissal of this

1 action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d
2 1217, 1226 (9th Cir. 2006); Local Rule 110.

3     Accordingly, the Court HEREBY ORDERS this action dismissed for failure to prosecute.

4 IT IS SO ORDERED.

6     Dated:   **January 10, 2014**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

2